| | | |
|---|---|---|
| In re: | * | Case No. 20-60084 |
| | * | |
| Robert Erich Licht | * | Chapter 13 |
| | * | |
| | * | Judge Russ Kendig |
| | * | |
| Debtors | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR OFFLINE DISBURSEMENT
## BY CHAPTER 13 TRUSTEE

Debtor moves the court for an offline disbursement as follows: Debtors request an offline in the total amount $1062.00. The reason for this request is the Debtor needs the money for his Mom's funeral expenses.

/s/ James F. Hausen
James F. Hausen (0073694)
Attorney for Debtor(s)
215 E. Waterloo Rd, Unit 17
Akron, OH 44319
Phone: 234-678-0626
Fax: 234-678-0638

## NOTICE OF MOTION

**The Debtor has filed a Motion for Offline Payment in this bankruptcy case.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief requested, or if you want the court to consider your views, then on or before November 29, 2021 you or your attorney must:

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:
Clerk of Courts, Ralph Regula U.S. Courthouse, 401 McKinley Ave SW, Canton, OH 44702

You may also mail a copy to:
Dynele Schinker-Kuharich, Chapter 13 Trustee, 200 Market Ave North, Suite 30, Canton, OH 44702
And the debtor(s) attorney at:
James Hausen, Attorney for Debtor, 215 E. Waterloo Rd, Suite 17, Akron, OH 44319

If you mail your request and response to the court for filing, you must mail it early enough so the court will receive it before the date stated above.

If you or your attorney do not take steps, the court may decide that you do not oppose the Motion.

/s/ James F. Hausen
James F Hausen (0073694)
Attorney for debtor(s)
215 E. Waterloo Rd, Suite 17
Akron, OH 44319

CERTIFICATE OF SERVICE

I hereby certify that the foregoing motion for offline was electronically transmitted on or about November 15, 2021 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

**CHAPTER 13 TRUSTEE: DYNELE SCHINKER-KUHARICH**

I further certify that the following received notice by regular U.S. Mail at the specified address on the date first set forth above:

None

/s/ James F. Hausen
James F. Hausen, Attorney for Debtor(s)