The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



_Russ Kendig_
United States Bankruptcy Judge

Dated: 11:42 AM December 9, 2021

# United States Bankruptcy Court
## Northern District of Ohio
### Eastern Division at Canton

| | | |
|---|---|---|
| In re: | * | Case No. 20-60084 |
| | * | |
| Robert Erich Licht, Jr | * | Chapter 13 |
| | * | |
| Debtor | * | Judge Russ Kendig |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING DEBTORS' APPLICATION FOR OFFLINE

The Court having considered the Motion filed by Attorney James F. Hausen, the Court finds that:

Notice of the motion has been given to parties in interest according to law

It is therefore ORDERED that the Motion is sustained and an offline in the amount of $1062.00 shall be returned to the Debtor.

### ###

Submitted by:
James F. Hausen(0073694)
Attorney for Debtor
215 E. Waterloo Rd
Suite #17
Akron, OH 44319

1

Phone 234-678-0626
Fax 234-201-6104

<u>Parties to be served by electronic mail via ECF:</u>

     Dynele Schinker-Kuharich, Chapter 13 Trustee
     James F. Hausen, Attorney for Debtor

<u>Parties to be served by regular U.S. Mail:</u>

     None